# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO ANTONIO MERAZ-OLEA,<br><br>Defendant. | Case No. 2:13-cr-384-KJD |

**ORDER**

Based on the Government's Motion for Issuance of an Arrest Warrant in the above-captioned matter and good cause appearing therefore,

IT IS SO ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the clerk is instructed to issue a warrant for the arrest of Gustavo Antonio Meraz-Olea.

DATED this __17th__ day of March, 2020.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE